IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Webster, Terrell

Printed: 10/14/08

Case Number: 04 B 36148
Judge: Wedoff, Eugene R
Filed: 9/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: November 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,013.10 |  |
| Secured: |  | 7,073.21 |
| Unsecured: |  | 6,066.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 866.60 |
| Other Funds: |  | 307.07 |
| Totals: | 17,013.10 | 17,013.10 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Atlantic Mortgage & Investment | Secured | 0.00 | 0.00 |
| 3. | Atlantic Mortgage & Investment | Secured | 0.00 | 0.00 |
| 4. | Consumer Portfolio Services | Secured | 7,073.21 | 7,073.21 |
| 5. | Municipal Collection Services | Unsecured | 525.00 | 750.00 |
| 6. | Atlantic Mortgage & Investment | Unsecured | 35.00 | 50.00 |
| 7. | Consumer Portfolio Services | Unsecured | 2,307.21 | 3,296.01 |
| 8. | Atlantic Mortgage & Investment | Unsecured | 17.50 | 25.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 164.50 | 235.00 |
| 10. | Jefferson Capital | Unsecured | 930.24 | 1,328.92 |
| 11. | SBC | Unsecured | 266.90 | 381.29 |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
| 14. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 15. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,019.56 | $ 15,839.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 109.99 |
| 4% | 51.69 |
| 3% | 33.23 |
| 5.5% | 203.02 |
| 5% | 55.38 |
| 4.8% | 113.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Webster, Terrell | Case Number:  04 B 36148 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/14/08 | Filed:  9/29/04 |

```
                    5.4%              299.36
                                    _____
                                    $ 866.60
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

